UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>   Plaintiff, )<br> )<br>v. )<br> )<br>$640,754.79 SEIZED FROM DAVID )<br>BRUCE COFFEY, CITIZENS FIRST )<br>BANK CHECKING ACCOUNT #XXX463, )<br>et al., )<br> )<br>   Defendants. )<br> ) | No. 6:19-CV-305-REW<br><br>ORDER |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court, on December 30, 2019, stayed this matter. *See* DE 7 (Order). Next, the Court granted the Government's request for an extension, ordered the Government to file status reports regarding need for a continuing stay within 90 days and every 60 days thereafter, and authorized any claimant to move to lift the stay in response to any such status report. *See* DE 11 (Order). The Government has moved to stay the matter eight times. DE 13; DE 16; DE 19, DE 22, DE 25, DE 28, DE 31, DE 34. The Court granted all eight motions. DE 14; DE 17; DE 20, DE 23, DE 26, DE 29, DE 32, DE 35.

The Government has now filed its ninth status report. *See* DE 36.[1] To date, no claimant has appeared. *Id.* at 2. On the updated record, the Court sees nothing that would warrant lifting the stay *sua sponte*. DEA Special Agent Rogers's most recent, *ex parte*

---

[1] *See also* DE 12 (1st Report); DE 14 (Order); DE 15 (2nd Report); DE 17 (Order); DE 18 (3rd Report); DE 20 (Order); DE 21 (4th Report); DE 23 (Order); DE 24 (5th Report); DE 26 (Order); DE 27 (6th Report); DE 29 (Order); DE 30 (7th Report); DE 32 (Order); DE 34 (8th Report); DE 35 (Order).

1

affidavit, DE 37-1, supplies the § 981(g)(1) requisite "**actual showing** that civil discovery will adversely affect the investigation or prosecution of a related criminal case." *United States v. All Funds on Deposit in Suntrust Account*, 456 F. Supp. 2d 64, 65 (D.D.C. 2006) (emphasis added). Thus, the Court finds the persisting stay appropriate.

The Court likewise finds the Government's additional request—to file SA Rogers's affidavit *ex parte*—warranted. DE 37 (*Ex Parte* Motion for Leave). Section 981(g)(5) authorizes *ex parte* filing of evidence "to avoid disclosing any matter that may adversely affect an ongoing criminal investigation or pending criminal trial." 18 U.S.C. § 981(g)(5). The Court has fully reviewed the document and finds that the affidavit—detailing investigative steps and intended strategy—falls within the ambit of the § 981(g)(5) authorization.

Accordingly, the Court **GRANTS** DE 37. The DE 11 status-report filing requirements persist.

This the 13th day of October, 2021.

Signed By:
*Robert E. Wier*  REW
United States District Judge